(February 5, 1980)

■ Roscoe Bellman, Respondent, v Beloit Corp. et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered on September 19, 1979, unanimously affirmed, without costs and without disbursements. The depositions directed by order entered September 19, 1979 are to be limited to the issue of jurisdiction. No opinion. Concur—Murphy, P. J., Kupferman, Silverman, Bloom and Lynch, JJ.

■ William R. Douglas, Petitioner, v State Division on Human Rights et al., Respondents.—Application pursuant to CPLR article 78 and section 298 of the Executive Law unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Silverman, Bloom and Lynch, JJ.

■ The People of the State of New York, Respondent, v Chris Alevras, Appellant.—Judgment, Supreme Court, New York County, rendered on March 30, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Sandler, Ross, Markewich and Carro, JJ.

■ Frederick Polito, Respondent, v Astoria Concrete Corp., Appellant, et al., Defendant.—Order, Supreme Court, New York County, entered on June 15, 1979, unanimously modified, in the exercise of discretion, so as to direct defendant-appellant to serve an answer to the complaint within 20 days from the date of entry of this court's order, with notice of entry, and to deem the proposed complaint to have been served with plaintiff's moving papers and to constitute the complaint in this action. Said order, as thus modified, is otherwise affirmed, without costs and without disbursements. No opinion. Concur—Fein, J. P., Sandler, Ross, Markewich and Carro, JJ.

■ Christ A. Bozes, Appellant, v John Theodoracopoulos et al., Respondents.—Order, Supreme Court, New York County, entered on September 17, 1979, unanimously affirmed, without costs and without disbursements, and the appeal from the order of said court entered on July 30, 1979 dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Lupiano, Silverman and Bloom, JJ.